IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **BILLY JOE WALKER,** | ) | Civil Action No. 7:13-cv-00274 |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM OPINION** |
| v. | ) | |
| | ) | By: Norman K. Moon |
| **MATHENA, ET AL.,** | ) | United States District Judge |
| Defendant(s). | ) | |

Billy Joe Walker, proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 on June 13, 2013. In an order entered on the same day, the court directed Plaintiff to submit within 10 days from the date of the order inmate account statements for the six-month period immediately preceding the filing of his complaint. Plaintiff was advised that a failure to comply with these terms would result in the dismissal of this action without prejudice.

More than 10 days have elapsed, and plaintiff has failed to comply with the direction to return the requested financial information. Accordingly, I will dismiss this action without prejudice, and strike the case from the court's active docket. Plaintiff may refile his claims in a separate action once he is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this memorandum opinion and accompanying order to the Plaintiff.

ENTER: This __10th__ day of July, 2013.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE