IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | | |
|---|---|---|---|
| BILLY JOE WALKER, | ) | | |
|     Plaintiff, | ) | Civil Action No. 7:13-cv-00274 | |
| | ) | | |
| v. | ) | **DISMISSAL ORDER** | |
| | ) | | |
| MATHENA, ET AL, | ) | By: | Norman K. Moon |
|     Defendant(s). | ) | | United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that this action is **DISMISSED** without prejudice for Plaintiff's failure to comply with the terms set forth in the court's June 13, 2013 order, and the action is **STRICKEN** from the court's active docket.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the Plaintiff.

ENTER: This  10th   day of July, 2013.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE